# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge David L. West

Civil Action No. 10-CV-01728-WYD-DLW

**LUCILLE M. DURAN, an Individual,**

**Plaintiff,**

**vs.**

**CITY OF MONTE VISTA, a Colorado home rule municipality, and**
**DONALD VAN WORMER, Individually, and in his official capacity as Monte Vista City Manager,**

**Defendants.**

---

## ORDER RE: UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE
## [DOC. #27]

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Plaintiff's Unopposed Motion to Vacate Settlement Conference was referred to the Magistrate Judge on February 7, 2011 by Judge Wiley Daniel. After review of the Plaintiff's Motion and the Defendant's Response to Plaintiff's Motion to Vacate Settlement Conference [Doc. #29]**,**

**IT IS HEREBY ORDERED** that based upon the Plaintiff's statement in their motion to vacate the Settlement Conference that a Settlement Conference would not be productive, the **Settlement Conference scheduled for February 17, 2011 at 10:00 a.m. in Monte Vista, Colorado is VACATED.**

The Settlement Conference will be rescheduled by the Court at a later date.

**IT IS FURTHER ORDERED** that the Confidential Settlement Statements shall still be provided to the Magistrate Judge by the date previously ordered.

**DATED: February 7, 2011.**

**BY THE COURT:**

**s/David L. West**
**United States Magistrate Judge**